Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael J. Ellis
Nowles H. Heinrich
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 0 2 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:24-CR-134-TOR |
| Plaintiff, | INDICTMENT |
| v. | Vios: 18 U.S.C. §§ 113(a)(3), 1153, 2 |
| ADAM LEE SIJOHN and CHEYENNE ROSALIE FORD, | Assault with a Dangerous Weapon in Indian Country (Count 1) |
| Defendants. | 18 U.S.C. §§ 113(a)(6), 1153, 2 |
| | Assault Resulting in Serious Bodily Injury in Indian Country (Count 2) |
| | 18 U.S.C. §§ 113(a)(2), 1153, 2 |
| | Assault with Intent to Commit a Felony in Indian Country (Count 3) |
| | 18 U.S.C. §§ 2111, 1153, 2 Robbery in Indian Country (Count 4) |

INDICTMENT – 1

18 U.S.C. §§ 924(c)(1)(A)(ii), 2
Brandishing a Firearm During a Crime of Violence
(Count 5)

18 U.S.C. § 924(d)(1);
28 U.S.C. § 2461
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

On or about June 18, 2023, in the Eastern District of Washington, within the external boundaries of the Kalispel Indian Reservation, in Indian Country, the Defendants, ADAM LEE SIJOHN and CHEYENNE ROSALIE FORD, Indians, did assault T.B. with a dangerous weapon, to wit: a firearm, with intent to do bodily harm, and did aid and abet the same, all in violation of 18 U.S.C. §§ 113(a)(3), 1153, and 2.

## COUNT 2

On or about June 18, 2023, in the Eastern District of Washington, within the external boundaries of the Kalispel Indian Reservation, in Indian Country, the Defendants, ADAM LEE SIJOHN and CHEYENNE ROSALIE FORD, Indians, did assault T.B., resulting in serious bodily injury to T.B., and did aid and abet the same, all in violation of 18 U.S.C. §§ 113(a)(6), 1153, and 2.

## COUNT 3

On or about June 18, 2023, in the Eastern District of Washington, within the external boundaries of the Kalispel Indian Reservation, in Indian Country, the Defendants, ADAM LEE SIJOHN and CHEYENNE ROSALIE FORD, Indians,

INDICTMENT – 2

did intentionally assault T.B. with the intent to commit any felony, to wit: Robbery in Indian Country, in violation of 18 U.S.C. §§ 2111, 1153, and did aid and abet the same, all in violation of 18 U.S.C. §§ 113(a)(2), 1153, and 2.

## COUNT 4

On or about June 18, 2023, in the Eastern District of Washington, within the external boundaries of the Kalispel Indian Reservation, in Indian country, the Defendants, ADAM LEE SIJOHN and CHEYENNE ROSALIE FORD, Indians, did take and attempt to take something of value, to wit: a firearm, a cellular device, car keys, and a vehicle, from the person and presence of T.B. by force, violence, and intimidation, and did aid and abet the same, all in violation of 18 U.S.C. §§ 2111, 1153, and 2.

## COUNT 5

On or about June 18, 2023, in the Eastern District of Washington, the Defendants, ADAM LEE SIJOHN and CHEYENNE ROSALIE FORD, did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which the Defendant may be prosecuted in a court of the United States, to wit: Assault with a Dangerous Weapon in Indian Country, as charged in Count 1 of this Indictment, and Robbery in Indian Country, as charged in Count 4 of this Indictment, and did aid and abet the same in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii), and 2.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A)(ii), as set forth in Count 5,

//

INDICTMENT – 3

the Defendants, ADAM LEE SIJOHN and CHEYENNE ROSALIE FORD, shall forfeit to the United States of America any firearm or ammunition involved or used in the commission of the offense.

DATED this __2__ day of October 2024.

A TRUE BILL

*Vanessa Waldref*

Vanessa R. Waldref
United States Attorney

*Michael Ellis*

Michael J. Ellis
Assistant United States Attorney

*Nowles H. Heinrich*

Nowles H. Heinrich
Assistant United States Attorney

INDICTMENT – 4